**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:17-CV-00379GPG

(To be supplied by the court)

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 06 2017**

Travis Hodson

, Applicant. JEFFREY P. COLWELL
CLERK

v.

Steve Reams

, Respondent.

(Name of warden, superintendent, jailer, or other custodian)

**APPLICATION FOR A WRIT OF HABEAS CORPUS**
**PURSUANT TO 28 U.S.C. § 2241**

## A. PARTIES

1. Travis Hodson, 113838, 2110 "O" St. Greeley, CO. 80631

   (Applicant's name, prisoner identification number, and complete mailing address)

2. Steve Reams, 1950 "O" St. Greeley, CO. 80631

   (Respondent's name and complete mailing address)

3. If you are not confined in a prison, jail, or other correctional facility, explain how you are in custody:

4. If you are confined in a prison, jail, or other correctional facility but the named respondent is not the warden, superintendent, or jailer at the prison, jail, or correctional facility in which you are confined, explain how the respondent is your custodian:

## B. NATURE OF THE CASE

(Rev. 9/02/04)

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "B. NATURE OF THE CASE." *The IPSO facto of the case is a challenge to state Statute 16-8.5-103(6) and how it has been violated for not holding a hearing within 35 days, and also for 16-8.5-102(2)(a)(b) for the indicia of incompetence when the offense was committed and the parole violation which led to hospitalization. This is a Due Process Article III Section II U.S Constitutional violation, and is an extraordinary and special circumstance that is both great and immediate for intervention of harassment, bad faith, irreparable injury.*

**G. CLAIMS**

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important. You do not need to cite specific cases to support your claim(s). If you need additional space to describe any claim or to assert additional claims, use extra paper to continue the claim or to assert the additional claims. Identify clearly any additional pages that you attach to this form.

CAUTION: In order to proceed in federal court, you ordinarily must exhaust administrative and/or state remedies for each claim that is asserted in this action.

1.   Have you exhausted administrative and/or state remedies for each claim asserted in this action?  ✓ Yes ___ No (CHECK ONE)

2.   If you answered "No" to question 1., list the claims for which you have not exhausted administrative and/or state remedies and explain why:

_____

_____

3.   Claim One:   *14th Amendment – Due Process of Law*

A. Supporting facts:

*See Attached*

B. Explain the steps you have taken to exhaust administrative and/or state remedies for this claim (attach proof of exhaustion, if available):

*See Attached*

4. Claim Two: *14th Amendment - Due Process of Law*

A. Supporting Facts:

*See Attached*

B. Explain the steps you have taken to exhaust administrative and/or state remedies for this claim (attach proof of exhaustion, if available):

*See Attached/Enclosure*

5. Claim Three: _____

(Rev. 9/02/04)                    3

A.  Supporting facts:

B.  Explain the steps you have taken to exhaust administrative and/or state remedies for this claim (attach proof of exhaustion, if available):

### D. PRIOR APPLICATIONS

1.  Have you filed any prior action in federal court in which you raised or could have raised the claims raised in this action?                    ___ Yes   ✓ No   (CHECK ONE)

2.  If you answered "Yes" to question 1., give the following information for each prior federal court action challenging the execution of your sentence.

A.  Name and location of court:   _____

B.  Case number:   _____

C.  Type of proceeding:   _____

D.  List the claims raised:   _____

E.   Were the claims in this
     action actually asserted in
     the prior action?                    __ Yes __ No  (CHECK ONE)

F.   Were the claims in this
     action available to be
     asserted in the prior action?        __ Yes __ No  (CHECK ONE)

G.   Date and result (attach a
     copy of the decision if
     available):                          _____

## E. REQUEST FOR RELIEF

I request the following relief: _I am seeking an injunctive and a declaratory judgment for the extraordinary and special circumstances that will result in irreparable injury and for the miscarriage of Justice that will occur if this court does not intervene._

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   _3-1-17_
                (Date)

_____
(Applicant's Original Signature)

(Rev. 9/02/04)                5

Claim 4: 14th Amendment - Due Process of Law

A. I am challenging state statute 16-8.5-101(6) as a Due Process violation and show three broad-based challenges that are extraordinary and special circumstances made to State Statute for a narrow gate for federal intervention and counsel abstention under (Younger v. Harris, 401 U.S. 37 (1971) or else I will face an irreparable injury that is both great and immediate!.

1) forestalling state action by needless obstruction of domestic policy. The State District court has acted in bad faith by violating the 35 day period to hold a hearing after it is ordered. The hearing was ordered on 9-28-16 and scheduled for 11-16-16 but delayed until 11-30-16. Another hearing on competency was set off the record on 12-30-16 and scheduled for 2-27-17. This is harassment and bad faith that has led to an irreparable injury because I initially filed a motion nunc pro tunc in June 2016 requesting a hearing but never got ruled on because the Judge has ordered any motion I file barred because of Ex Parte. There is no good cause shown for extension

2) Case-or-Controversy. This irreparable injury is an Article III Section 11 Standing case-or-controversy and is a collateral consequence and concrete injury because the State Statute is flagrantly and patently violative of express constitutional prohibition in every clause

Claim 1 cont.

Sentence, paragraph, and in whatever manner and against whomever an effort might be made to apply it and shows harassment and bad faith. (Huffman v. Pursue, Ltd. 43 led 2d 482, 420 U.S. 592)(citing (Drope v. Missouri 43 led 2d, 420 U.S. 1162)

3) Forced to interpret state law without the benefit of State Court consideration and therefore under circumstances where a constitutional determination is predicated on a reading of the statute that is not binding on state courts and may be discredited. Younger v. Harris abstention "offers the opportunity for narrow constructions that might obviate the constitutional problem and intelligently mediate federal constitutional concerns and State interests" (quoting (Moore v. Sims, 442 U.S. 415, 429-30 1979).

This court has jurisdiction under 42 USC § 1981 that states I am entitled to equal benefits of all laws and proceedings. This has been violated by the court and its state officials and counsel representing me acting Wanton and reckless of Color of Law in regards to Color of Statute 16-8.5-109(6) and holding a hearing within 35 days. I am also in custody with a violation of the constitution, laws, treaties of the United states and this court has jurisdiction under 28 USC § 1331

2

Claim 1 cont.

B.   I have attempted to exhaust administrative remedies but am currently barred by the State District court to file any motion Pro se because of Ex Parte. This is an extraordinary and special circumstance.

3-1-17

Travis L. Hodson

Travis Hodson

2110 "O" St.

Greeley, CO. 80631

3

Claim 2 - 14th Amendment - Due Process of Law

A. I am challenging State Statute 16-8.5-102(2)(a)(b) as a Due Process violation and show three broad-based challenges that are extraordinary and special circumstances made to State Statute for a narrow gate for federal intervention and counsel abstention under Younger V. Harris, 401 U.S. 37 (1971) or else I will face an irreparable injury that is both great and immediate, and a miscarriage of Justice will occur.

   1)Case-or-Controversy. Public Defender Jim Merson has violated due process by not requesting competency from the date of the offense on 6-26-13. After the offense I was placed on a mental health hold at the Weld County Jail and took some medication to try and ease the symptoms I was going through. I then requested a mental health parole revocation attorney. This is an extraordinary and special circumstance and is an irreparable injury of bad faith. After I went to court and found out Jim Merson was my Public Defender, I immediately filed for alternative Counsel on 8-2-13. This is an extraordinary and special circumstance because it was Jim Merson who represented me in the illegal sentence case who didn't object to the mental health probation after being found competent by the court on 12-23-10. I was in

1

Claim 2 cont.

mental shock due to the illegal sentence to mental/pro-bation which led to an injury in prison. (Harper v. Ercole 648 F.3d 132, 136-38 (2nd. cir. 2011) (citing: Calderon v. USDC (kelly) 163 F.3d 530, 541 (9th cir 1998). This is har-assment, bad faith, irreparable injury and constitutes a due process violation of the Judge 16-8.5-102(2)(a) and District Attorney, Public Defender Jim Merson 16-8.5-102(2)(b) for indicia of incompetence for the mental health par-ole revocation attorney, taking the medication, and the re-quest for alternative counsel — This alone shows I was not willing to work with the public defender-and is auto-matic incompetence. (Drope v. Missouri 43 led 2d, 420 US 162) (citing: Dusky v. US, 4 led 2d 824, 362 US 402 80 S.ct. 788). This irreparable injury is an Article III Section II of the United States Constitution standing case-or-q-Controversy and is a collateral consequence and con-crete injury because the State Statute is flagrantly and patently violative of express constitution prohibition in every clause, sentence, paragraph, and in whatever manner and against whomever an effort might be made to apply it and shows harassment and bad faith. (Huffman v. Pursue, Ltd. 43 led 2d 482, 420 U.S. 592 (citing Drope v. Missouri 43 led 2d, 420 U.S. 162).

2) Forced to interpret state law without the

Claim 2 cont.

benefit of state court consideration and therefore under circumstance where a constitutional determination is predicated on a reading of the statute that is not binding on state courts and may be discredited. I then got a new Public Defender and had irreconcilable differences which led to a finding of incompetence and being hospitalized in April 2014 for restoration. (Reypert v. Workman 45: Fed Appx 852 (10 cir 2002). This adjudication of incompetence is alone an extraordinary and special circumstance due to C.R.S. 16-5-402. (Younger v. Harris) abstention "offers the opportunity for narrow constructions that might obviate the constitutional problem and intelligently mediate federal constitutional concerns and state interests" (quoting Moore v. Sims, 442 U.S. 415, 429-30 (1979).

  3) Forestalling state action by needless obstruction of domestic policy. For this I show an irreparable injury that is both great and immediate and show a very narrow gate for Federal intervention or else, a miscarriage of justice will occur and abstention from (Younger v. Harris, 401 U.S. 37 (1971) because now the courts have ordered second and subsequent competency evaluations, was found incompetent for medication, and now have a new public defender. All this shows harassment and prosecutions undertaken by state officials in bad faith without hope of success.

Claim 2 cont.

This court has jurisdiction under 42 USC § 1981 that states I am entitled to equal benefits of all laws and proceedings. This has been violated by the court and its state officials and counsel representing me acting wanton and reckless of Color of Law in regards to Color of Statute 16-8.5-102(2)(a)(b) and not requeting competency from the date of the offense on 6-26-13 I am also in custody with a violation of the Constitution, laws, treaties of the United States and this court has jurisdiction under 28 USC § 1331

B. ___ I have attempted to exhaust administrative remedies but am currently barred by the state District court to file any motion pro se because of Ex Parte This is and extraordinary and special circumstance.

3-1-17

*Travis L. Hockson*
Travis Hockson
2110 "O" St.
Greeley, CO. 80631

Enclosure: Ex Parte Letter

4

# RAPP, MANZER & WIEST, LLP

*Criminal, Family & Probate Law*

MARK A. RAPP, ESQ.
JERRY D. MANZER, ESQ.
ROBERT A. WIEST, ESQ.

MICHELLE NICHOLS, PARALEGAL
MEGAN SNOW, PARALEGAL
ANGIE TJADEN, PARALEGAL

February 24, 2017

Travis Hodson—Inmate
Weld County Jail
2110 O St, Greeley, CO 80631

Re: Court Date

Dear Mr. Hodson,

As we discussed today your competency hearing was reset on December 30th, 2016. This hearing needed to be reset as we requested the presence of Dr. Kennedy.  This hearing was set off the record as we needed to coordinate Dr. Kennedy's schedule with the Court. The hearing was set for February 27th, 2017 at 2:00pm .  The jail was also notified of this date. Nevertheless, my office was in error as we should have sent you notice of the hearing. I apologize for this error. If you have further questions don't hesitate to contact me--you can call my office from the jail without cost.

Respectfully,

RAPP, MANZER & WIEST, LLP

Jerry Manzer

JM/ms



Inmate Name _Travis Hobson_
Weld County Jail
2110 "O" Street
Greeley, CO 80631

LEGAL

clerk of the court
US courthouse
901 19th St Rm A105
Denver Co 80294

U.S. POSTAGE >> PITNEY BOWES

ZIP 80631
02 4W
0000335769

$ 000.88°
MAR 02 2017